# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>  v.<br><br>KORI ROBIN BROWN,<br><br>             Defendant,<br>  v.<br><br>WELLS FARGO BANK NA,<br><br>             Garnishee-Defendant. | CASE NO. 2:21-mc-00124-LK<br><br>ORDER TERMINATING<br>GARNISHMENT PROCEEDING |

      This matter comes before the Court on the United States of America's Application to Terminate Garnishment Proceeding. Dkt. No. 18. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

ORDER TERMINATING GARNISHMENT PROCEEDING - 1

The Court GRANTS the Application, QUASHES the writ of garnishment, Dkt. Nos. 3, 13, and ORDERS that Garnishee, Wells Fargo Bank NA, is relieved of further responsibility pursuant to this garnishment.

Dated this 22nd day of May, 2025.

*Lauren King*
Lauren King
United States District Judge

ORDER TERMINATING GARNISHMENT PROCEEDING - 2